**Order entered August 20, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00815-CV

### IN RE QUINCY BLAKELY, Relator

**Original Proceeding from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. WX1890017**

## ORDER
Before Justices Lang-Miers, Fillmore, and Stoddart

Based on the Court's opinion of this date, we **DENY AS MOOT** relator's petition for writ of mandamus.

/s/     ELIZABETH LANG-MIERS
JUSTICE